IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY FAGONE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JUDGE WAYNE R. ELLISON, et al.,<br><br>    Defendants. | CASE NO. CV F 12-2014 LJO SKO<br><br>**ORDER TO VACATE HEARING AND TO TERM MOTIONS**<br>(Docs. 11, 12.) |

On December 28, 2012, defendants Elizabeth Egan, Dennis Peterson and Peter Jones filed their F.R.Civ.P. 12 motion to dismiss plaintiff's original complaint and set a February 14, 2013 hearing. On January 7, 2013, defendants Jerry Brown, Kamala D. Harris, the Superior Court of California, County of Fresno, and Court Executive Officer Tamara Beard filed their F.R.Civ.P. 12 motion to dismiss plaintiff's original complaint. On January 11, 2013, plaintiff filed his first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1. VACATES the February 14, 2013 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motions to dismiss the original complaint;

2. DIRECTS the clerk to term the F.R.Civ.P. 12 motions to dismiss the original complaint (docs. 11 and 12); and

3. ORDERS the moving defendants, no later than February 4, 2013, to file papers to respond to the first amended complaint.

1   This Court will take no further action on the F.R.Civ.P. 12 motions to dismiss the original complaint
2   (docs. 11 and 12).

     IT IS SO ORDERED.

**Dated:   January 14, 2013**          /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE