IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY FAGONE,<br><br>               Plaintiff,<br><br>         vs.<br><br>JUDGE WAYNE R. ELLISON,<br>et al.,<br><br>               Defendant.<br>_____/ | CASE NO. CV F 12-2014 LJO SKO<br><br>**ORDER TO DENY RELIEF**<br>(Doc. 19.) |

Pro se plaintiff James Anthony Fagone ("Mr. Fagone") filed this action against several Fresno County officials and the State of California. This Court's January 25, 2013 order dismissed several of the defendants. Mr. Fagone filed January 31, 2013 papers (doc. 19) which this Court construes to take issue with the January 25, 2013 order.

This Court has reviewed Mr. Fagone's January 31, 2013 papers and concludes that they entitle Mr. Fagone to no relief, including disqualification of this district judge. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") This Court surmises that Mr. Fagone filed his January 31, 2013 documents to vex and harass this Court. As such, this Court DENIES Mr. Fagone all relief requested by his January 31, 2013 papers.

This Court ADMONISHES Mr. Fagone to discontinue to file frivolous papers and that this Court will return to him frivolous papers which he attempts to file. This Court FURTHER ADMONISHES

1

1  Mr. Fagone to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and
2  that he is subject to sanctions as this Court deems appropriate and to include dismissal of this action.
3      IT IS SO ORDERED.
4  **Dated:**  **February 1, 2013**              /s/  **Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE